■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY BULLOCK, Appellant. [730 NYS2d 904] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that Supreme Court erred in instructing the jury that defendant could be convicted of burglary in the first degree (Penal Law § 140.30 [2], [3]) if he know-

ingly entered or "remain[ed] unlawfully" in the dwelling of the victim with the intent to commit a crime therein (*see,* CPL 470.05 [2]; *People v Miles,* 281 AD2d 331, 332; *see also, People v Salgado,* 273 AD2d 860, 861, *lv denied* 95 NY2d 892). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Monroe County, Catena, J.—Burglary, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.